FILED _____ LODGED
_____ RECEIVED

FEB 2 2 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Judge Karen L. Strombom

05-MJ-05033-M

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM JOHN DIEHL,<br><br>  Defendant. | NO. 05-5033M<br><br>MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

   __X__ Crime of violence (18 U.S.C. § 3156).

   _____ Maximum sentence of life imprisonment or death

   _____ 10 + year drug offense

   _____ Felony, with two prior convictions in the above categories

   _____ Serious risk the defendant will flee

   _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

MOTION FOR DETENTION ORDER / DIEHL— 1

3. <u>Rebuttable Presumption</u>. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

___ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

___ Previous conviction for "eligible" offense committed while on pretrial bond

_X_ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, **2422**, 2423 or 2425.

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

_X_ At the initial appearance

___ After continuance of ___ days (not more than 3)

5. <u>Other matters</u>.


DATED this 22ND day of February, 2005.

Respectfully submitted,
JOHN McKAY
United States Attorney

*[signature]*

Vincent T. Lombardi, WSB # 21967
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/DIEHL— 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970