JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-5238RBL |
| Plaintiff, | ) | |
| vs. | ) | STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| WILLIAM JOHN DIEHL, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by Assistant United States Attorney Vince Lombardi, and defendant, William Diehl, by his attorney, Colin A. Fieman, that the trial date in the above-captioned case be continued to any date convenient to the Court prior to October, 2005, with a new pretrial motions due date of at least one month from today.

A continuance of the trial date and pretrial motions due date is being requested because counsel is still awaiting discovery from the government, including a copy of the defendant's computer hard drive, which may require forensic analysis.

Dated this 15th day of April, 2005.

Respectfully submitted,

_____         _____
Colin A. Fieman                                          Vince Lombardi
Attorney for Defendant                              Assistant United States Attorney

STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM'S DUE DATE        1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on the __15th__ day of April, 2005, I efiled and faxed copies |
| 3 | of defendant's Stipulated Motion to Continue Trial Date and Pretrial Motions Due Date, |
| 4 | proposed Order, and Defendant's Waiver of Speedy Trial Rights (To Be Filed Monday, |
| 5 | April 18, 2005) to: |
| 6 | Mr. Vince Lombardi<br>Assistant United States Attorney |
| 7 | 700 Stewart St., Suite 5220<br>Seattle, WA 98101-1271 |
| 8 | |
| 9 | |
| 10 | DATED this __15th__ day of April, 2005. |

/s/ Amy Strickling
Amy Strickling

STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM'S DUE DATE    2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710