HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM JOHN DIEHL,

Defendant,

NO.   CR 05-5238RBL

ORDER FOR PSYCHOLOGICAL/
PSYCHOLOGICAL SEXUAL
EVALUATION

THIS MATTER having come on regularly before the above-entitled

Court upon the motion of the Defendant, William John Diehl, by and through his

attorney of record, Charles A. Johnston, and the Court having heard the arguments of

counsel and otherwise being fully advised of the premises herein and having reviewed all

the records and files herein, it is hereby

ORDERED that Allen Traywick, Ph.D., shall conduct a

Psychological/Psychological Sexual Evaluation of the Defendant, William John Diehl.  It

is further

ORDERED that the evaluation shall be filed with the Court with copies

*ORDER FOR PSYCHOLOGICAL/PSYCHOLOGICAL SEXUAL EVALUATION  - 1*

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

provided to counsel for the Defendant, Charles A. Johnston, and to Assistant United States Attorney, Vincent Lombardi.  It is further

ORDERED that the evaluation shall include:

(1) the Defendants history and present symptoms;

(2) a description of the psychiatric, psychological and medical tests that are employed and the results;

(3) the examiner's findings;

(4) the examiner's opinion as to diagnosis, prognosis and any recommendation the examiner may have as to how the mental condition of the Defendant should effect the sentence.  It is further

ORDERED that the cost for said evaluation of ($2,000.00) two thousand dollars, is approved.  It is further

ORDERED that the Court, recognizing that a polygraph is a component of the Ordered evaluations, Pat Seaberg is authorized to conduct the polygraph and the cost of ($350.00) three hundred-fifty dollars is approved.  It is further

ORDERED that both Allen Traywick, Ph.D. and Pat Seaberg are allowed inside the Federal Detention Center to conduct the evaluation and polygraph.  It is further

ORDERED that said evaluations shall be prepared and filed with the Court under seal and copies to be provided to counsel for the Defendant and Assistant

/////

/////

/////

/////

*ORDER FOR PSYCHOLOGICAL/PSYCHOLOGICAL SEXUAL EVALUATION  - 2*

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

1   United States Attorney, Vincent Lombardi, within (30) thirty days of the date of this

2   Order.

3           IT IS SO ORDERED this 15th day of December, 2006.

4                                   _____
5                                   RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE
6

7           DATED this_____ day of December, 2006.

8                               Presented By:

9                                   _____
10                                  Charles A. Johnston, WSBA No.  9058
                                    Attorney for Defendant
11                                  202 East 34th Street
                                    Tacoma, Washington 98404
12

13          DATED this _____ day of December, 2006.

14                                  *Telephonically Approved*
                        By          _____
15   —                              Vincent Lombardi, WSBA No. _____
                                    Assistant United States Attorney
16                                  700 Stewart Street, Suite 5220
                                    Seattle, Washington 98101
17

18                          CERTIFICATE OF SERVICE

            I hereby certify that on December  14th, 2006, I electronically filed the foregoing
19   Order for Psychological/Psychological Sexual Evaluation with the Clerk of the Court using

20   the CM/ECF system which will send notification of such filing to the following:

21          Vincent Lombardi
            Assistant United States Attorney
22          700 Stewart Street, Suite 5220
            Seattle, Washington 98101

23          DATED this _____ day of December, 2006.

24                                  _____
25                                  SUZANNE FAKER
                                    Legal Assistant

*ORDER FOR PSYCHOLOGICAL/PSYCHOLOGICAL SEXUAL EVALUATION  - 3*