HONORABLE RONALD B. LEIGHTON

05-CR-05238-ORD

FILED _____ LODGED
_____ RECEIVED

JAN 24 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR 05-5238RBL |
| vs. | AMENDED ORDER FOR PSYCHOLOGICAL/ PSYCHOLOGICAL SEXUAL EVALUATION |
| WILLIAM JOHN DIEHL, | |
| Defendant, | |

THIS MATTER having come on regularly before the above-entitled Court upon the motion of the Defendant, William John Diehl, by and through his attorney of record, Charles A. Johnston, for additional time for Allen Traywick, Ph.D., to conduct the previously ordered Psychological/Psychological Sexual Evaluation of the Defendant, William John Diehl, and the Court having heard the arguments of counsel and otherwise being fully advised of the premises herein and having reviewed all the records and files herein, it is hereby

ORDERED that said Psychological/Psychological Sexual Evaluation of the Defendant, William John Diehl, shall be prepared and filed with the Court under seal and copies provided to counsel for the Defendant and Assistant United States

*AMENDED ORDER FOR PSYCHOLOGICAL/PSYCHOLOGICAL SEXUAL EVALUATION - 1*

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

Attorney, Vincent Lombardi, no later than February 15, 2007.

Dated this 24th day of January, 2007.

_____
HONORABLE RONALD B. LEIGHTON
United States District Judge

DATED this 23 day of January, 2007.

Presented By:

/s/
_____
Charles A. Johnston, WSBA No. 9058
Attorney for Defendant
202 East 34th Street
Tacoma, Washington 98404

DATED this 22 day of January, 2007.

*Telephonically Approved*
By _____
Vincent Lombardi, WSBA No. _____
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

## CERTIFICATE OF SERVICE

I hereby certify that on January 23rd, 2007, I electronically filed the foregoing Amended Order for Psychological/Psychological Sexual Evaluation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Vincent Lombardi
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

DATED this _____ day of January, 2007.

/s/s
_____
SUZANNE FAKER
Legal Assistant

*AMENDED ORDER FOR PSYCHOLOGICAL/PSYCHOLOGICAL SEXUAL EVALUATION - 2*

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090